326    SAUL, Appellant, v. HANOVER FIRE INS. CO.

Statement of Facts—Opinion of the Court. [79 Pa. Superior Ct.

## Saul, Appellant, v. Hanover Fire Insurance Co.

Argued May 1, 1922.   Appeal, No. 76, April T., 1922, by plaintiff, from judgment of C. P. Allegheny Co., Oct. T., 1918, No. 1676, on verdict for defendant in the case of Samuel Saul v. Hanover Fire Insurance Company of New York.   Before ORLADY, P. J., PORTER, HENDERSON, TREXLER, KELLER, LINN and GAWTHROP, JJ.   Reversed.

OPINION BY TREXLER, J., July 13, 1922:

For the reasons set forth in opinion filed in case of Samuel Saul against Northwestern National Insurance Company, No. 77, April Term, 1922, the judgment is reversed with a new venire.